MOSES v. HAMBURG–AMERICAN PACKET CO. et al. (two cases). (Circuit Court of Appeals, Second Circuit. March 10, 1899.) Nos. 127, 128. Appeals from the District Court of the United States for the Southern District of New York. De Lagnel Berier, for appellant. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges. No opinion. Decree affirmed.

---

THE NEW YORK. (Circuit Court of Appeals, Second Circuit. March 1, 1899.) No. 50. Appeal from the District Court of the United States for the Southern District of New York. William Carpenter, for appellant. H. Galbraith Ward, for appellee. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges. No opinion. Decree affirmed, with costs, upon opinion of court below. 88 Fed. 556.

---

NORTHERN PAC. R. CO. v. AMACKER et al. (Circuit Court of Appeals, Ninth Circuit. February 7, 1898.) No. 386. In Error to the Circuit Court of the United States for the District of Montana. F. M. Dudley and Wm. Wallace, Jr., for plaintiff in error. Before GILBERT, ROSS, and MORROW, Circuit Judges.

PER CURIAM. This case has once before been before this court, and is reported in 7 C. C. A. 518, 58 Fed. 850, where the judgment of the lower court was reversed, and the cause remanded for a new trial. The record in the present case shows the facts to be substantially the same as those appearing on the former hearing, and the judgment below, being in accordance with the ruling of this court when the case was then here, must be affirmed. The former decision has become the law of the case. Judgment affirmed.

---

THE OREGON. THE ROSEDALE. In re BROOKLYN & N. Y. FERRY CO. In re BRIDGEPORT STEAMBOAT CO. (Circuit Court of Appeals, Second Circuit. March 8, 1899.) Nos. 120, 121. Appeals from the District Court of the United States for the Southern District of New York. George B. Adams, for appellant Brooklyn & N. Y. Ferry Co., Samuel Park, for appellant Bridgeport Steamboat Co. Dudley R. Horton, for appellee Hourwich. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges. No opinion. Affirmed, on opinion of court below. 88 Fed. 324.